[No. 60096-6-I.   Division One.   July 21, 2008.]

RAYMOND E. WILLIS, *Appellant*, v. SEATTLE SCHOOL BOARD
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 06-2-21238-0, Gregory P. Canova, J., entered
May 4, 2007. *Affirmed* by unpublished opinion per Elling-
ton, J., concurred in by Grosse and Leach, JJ.

[No. 37266-5-II.   Division Two.   December 30, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. HARLEY J. HARMON,
*Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 07-1-00519-9, Gordon Godfrey, J., en-
tered January 7, 2008. *Affirmed in part* and *remanded* by
unpublished opinion per Houghton, J., concurred in by
Bridgewater and Armstrong, JJ.

[Nos. 35042-4-II; 36212-1-II.   Division Two.   January 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT GENE
COVARRUBIAS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT GENE
COVARRIAS, *Appellant*.

Appeals from a judgment of the Superior Court for Clal-
lam County, No. 05-1-00079-1, George L. Wood, J., entered
June 15, 2006. *Reversed* and *remanded* by unpublished
opinion per Houghton, J., concurred in by Penoyar, A.C.J.,
and Hunt, J.